THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Respondent, against JOSEPH LILLY et al., Constituting the Tax Commission of the City of New York, et al., Appellants.

Argued May 17, 1943; decided July 20, 1943.

Robert H. Schaffer, Acting Corporation Counsel (Arthur A. Segall, Arthur H. Goldberg and Edmund B. Hennefeld of counsel), for appellants.

Philip Sheridan McNally for respondent.

Order affirmed, with costs; no opinion.*

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: THACHER, J.

---

* See footnote in *People ex rel. Chemical National Bank* v. *Miller*, 291 N. Y. 508. — [REP.